UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER,

    Plaintiff,

v.                                CASE NO.: 3:10-cv-653-J-32JRK

JACKSONVILLE AVENUES
LIMITED PARTNERSHIP,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Defendant, JACKSONVILLE AVENUES LIMITED PARTNERSHIP ("Jacksonville"), moves this Court for an Order extending the time it must serve a response to the Complaint of Plaintiff, NORMAN HOEWISCHER, up to and including September 21, 2010 based upon the following:

1.    Plaintiff filed this action against Jacksonville alleging that certain facilities owned and/or operated by Jacksonville fail to comply with the Americans with Disabilities Act and its implementing regulations.

2.    Jacksonville was served with process on August 17, 2010. Unless the Court extends the deadline, Jacksonville will be required to serve its response to the Complaint on September 7, 2010. To properly respond to the Complaint, Jacksonville or its attorneys may be required to visit and analyze the location forming the basis of this action.

3.    Under Federal Rule of Civil Procedure 6(b), this Court is authorized to extend the period within which Jacksonville must respond to the Complaint "if request therefore is made

089191, 000103, 503025663.1

before the expiration of the period originally prescribed." Jacksonville has filed its request timely under Rule 6(b).

4. Jacksonville submits that this request for an extension is sought in good faith and not for the purpose of undue delay, but in the interests of justice.

5. Based on the foregoing, Jacksonville requests an extension of time within which to respond to the Complaint, which would re-set the deadline for serving its response up to and including September 21, 2010.

6. The undersigned contacted counsel for the Plaintiff, Todd W. Shulby, and he does not oppose the relief requested by Jacksonville.

**WHEREFORE**, Defendant, JACKSONVILLE AVENUES LP, requests that this Court enter an Order extending the time within which it must serve its response to the Complaint up to and including September 21, 2010.

Dated this 7th day of September, 2010.

                                      Respectfully submitted,

                              By: s/ Brian C. Blair
                                 Brian C. Blair
                                 Florida Bar No. 0973084
                                 BAKER & HOSTETLER LLP
                                 SunTrust Center, Suite 2300
                                 200 South Orange Avenue
                                 Post Office Box 112
                                 Orlando, FL  32802-0112
                                 Telephone: 407.649.4000
                                 Telecopier: 407.841.0168
                                 Email: bblair@bakerlaw.com

                                 Attorneys for Defendant,
                                 JACKSONVILLE AVENUES LIMITED
                                 PARTNERSHIP

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 7, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to **TODD W. SHULBY, ESQ.,** at tshulby@shulbylaw.com.

        s/Brian C. Blair
        Brian C. Blair