UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:10-cv-653-J-32JRK

NORMAN HOEWISCHER,

    Plaintiff,

vs.

JACKSONVILLE AVENUES
LIMITED PARTNERSHIP,
    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__√_ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>September 16, 2010</u>, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brian C. Blair, Esq.

        Respectfully submitted,

        <u>/s/Todd W. Shulby, Esq.</u>
        Todd W. Shulby, Esq.
        Todd W. Shulby, P.A.
        4705 S.W. 148 Avenue, Suite 102
        Davie, Florida 33330-2417
        Telephone: (954) 530-2236
        Facsimile:  (954) 530-6628
        Florida Bar No.:  068365
        Counsel for Plaintiff
        E-mail:  tshulby@shulbylaw.com